UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| United States of America, | ) Case No.: 5:06CR41-V |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Robert Ross Parsons, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Join In Motion of Co-Defendant filed January 5, 2007 by the Defendant, Robert Ross Parsons. The Court has reviewed the Defendant's motion carefully and in its discretion will grant the motion.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Join In Motion of Co-Defendant is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial motion deadline in the Defendant's case is extended to February 1, 2007.

Signed: January 8, 2007

David C. Keesler
United States Magistrate Judge